IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALERO MARKETING AND SUPPLY COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-09-3219 |
| GENERAL ENERGY CORPORATION, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Consistent with this court's Memorandum and Opinion issued today, this case is dismissed without prejudice.

SIGNED on March 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge